UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DOLORIS DAVIS** | **CASE NO. 1:22-cv-4245** |
| -vs- | **JUDGE DRELL** |
| **STATE FARM FIRE & CASUALTY COMPANY, ET AL.** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 23), noting the absence of objections thereto, concurring with the Magistrate Judge's findings under the applicable law; it is

ORDERED that Doloris Davis' voluntary motion to dismiss without prejudice (Doc. 20) is GRANTED and this matter is DISMISSED WITHOUT PREJUDICE. It is further

ORDERED that Cameron Sean Snowden is sanctioned in the amount of $250, to be deposited with the court, and that Mr. Snowden complete this payment by December 1, 2023.

THUS DONE AND SIGNED at Alexandria, Louisiana this 13th day of June 2023.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT